MOSER v. SCHEIB et al. (Supreme Court, Appellate Division, First Department. April 15, 1897.) In the matter of the application of Gregor Moser for a writ of certiorari against

Karl Scheib, Max Schulhof, and George Hilliard, special deputy excise commissioner of the state of New York for the city and county of New York. T. P. Mulligan, for appellant. L. W. Harburger, for respondents.

PER CURIAM. The court was without jurisdiction to make the order appealed from. In a proceeding taken to annul a liquor-tax certificate, the statute provides for the granting of "an order requiring the holder of such certificate * * * to appear * * * on a day specified therein, not more than ten days after the granting thereof." The order issued in this proceeding was made returnable 15 days after the granting thereof. The order should be reversed, with $10 costs and printing disbursements.

